# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN SABA, *et al.*,

    Appellants,

v.

EMERALD GATE CONSTRUCTION, INC., *et al.*,

    Appellees.

Case No. 2:12-CV-0096-KJD-PAL

**ORDER**

    Presently before the Court is Appellants' Application for Extension of Time to File Opening Brief (#6). Appellee Timothy S. Cory, Chapter 7 Trustee, filed a response in opposition (#8). Having read and considered the motion, and good cause lacking, it is denied. Though Appellant seeks to consolidate a related appeal, such a request would be denied by this Court. The two appeals have different parties, different facts and different issues to be decided on appeal. To the extent that Appellant argues that doing so would avoid inconsistent rulings, the Court finds that since both appeals are before the present court, there remains little possibility of inconsistent rulings.

    Accordingly, IT IS HEREBY ORDERED that Appellants' Application for Extension of Time to File Opening Brief (#6) is **DENIED**;

1   IT IS FURTHER ORDERED that Appellants' opening brief be filed no later than seven (7)
2  days after the entry of this order, no further extensions shall be entertained.
3   DATED this 16th day of May 2012.

_____
Kent J. Dawson
United States District Judge